IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| LATRESHA DIXON BAKER, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 5:10CV00194 SWW |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social Security | * |
| Administration, | * |
| | * |
| Defendant. | * |

**Judgment**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

Dated this 23rd day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE